NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ULANDA TYRONE MOON a/k/a Tyrone U. )
Moon, )
          )
           Appellant, )
          )
v. )      Case No. 2D18-4743
          )
STATE OF FLORIDA, )
          )
           Appellee. )
_____)

Opinion filed September 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.

Ulanda Tyrone Moon, pro se.

PER CURIAM.

       Affirmed.

SILBERMAN, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.